

Exhibit 5