

Exhibit 8